O'DONNELL, J., would accept the appeal on Proposition of Law No. I only.

LANZINGER and CUPP, JJ., dissent.

**2007–0558.   Wilborn v. Bank One Corp.**

Mahoning App. No. 04–MA–182, 2007-Ohio-596. Discretionary appeal accepted on Proposition of Law No. II.

PFEIFER, O'DONNELL and CUPP, JJ., would also accept the appeal on Proposition of Law No. I.

LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., dissent.

**2007–0560.   Stevenson v. ABM, Inc.**

Medina App. No. 07CA0009–M. Discretionary appeal accepted; cause held for the decision in 2006–1528 and 2006–1589, *Hubbell v. Xenia,* Greene App. No. 2005 CA 99, 2006-Ohio-3369; and briefing schedule stayed.

MOYER, C.J., dissents.

**2007–0567.   State v. Roberson.**

Stark App. No. 2006CA00155, 2007-Ohio-643. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins,* Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

PFEIFER and LANZINGER, JJ., dissent.

**2007–0599.   Jeakle v. Maumee Police Dept.**

Lucas App. No. L–07–1035. Discretionary appeal accepted; cause held for the decision in 2006–1528 and 2006–1589, *Hubbell v. Xenia,* Greene App. No. 2005 CA 99, 2006-Ohio-3369; and briefing schedule stayed.

**2007–0609.   In re Mills.**

Richland App. No. 2006–CA–69, 2007-Ohio-924. Discretionary appeal accepted; cause held for the decision in 2006–1074, *In re Spears,* Licking App. No. 2005–CA–93, 2006-Ohio-1920; and briefing schedule stayed.

PFEIFER, LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2007–0664.   State v. Ragland.**

Franklin App. No. 04AP–829, 2007-Ohio-836. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; and briefing schedule stayed.

PFEIFER, LUNDBERG STRATTON and CUPP, JJ., dissent.

**2007–0708.   Ryan v. Wright.**

Franklin App. No. 06AP–962, 2007-Ohio-942. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2007–0113, *Schlegel v. Gindlesberger,* Holmes App. No. 05 CA 11, 2006-Ohio-6917; and briefing schedule stayed.

LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. II.

PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2007–0742.   State v. Brady.**

Ashtabula App. No. 2005–A–0085, 2007-Ohio-1779.

PFEIFER and LANZINGER, JJ., dissent.

**2007–0815.   Hunter v. Dayton.**

Montgomery App. No. 21680, 2007-Ohio-1336. Discretionary appeal accepted on Proposition of Law Nos. I, II, and III; cause held for the decision in 2007–0684, *Rogers v. Dayton,* Montgomery App. No. 21593, 2007-Ohio-673; cause consolidated with 2007–0816, *Hunter v. Dayton,* Montgomery App. No. 21680, 2007-Ohio-1336; and briefing schedule stayed.

MOYER, C.J., and LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. IV.

PFEIFER, J., dissents.

**2007–0895.   In re L.A.B.**

Summit App. No. 23309, 2007-Ohio-1479. Discretionary appeal accepted; cause held for the decision in

2006–1074, *In re Spears,* Licking App. No. 2005–CA–93, 2006-Ohio-1920, cause consolidated with 2007–0912, *In re L.A.B.,* Summit App. No. 23309, 2007-Ohio-1479; and briefing schedule stayed.

MOYER, C.J., would accept the appeal on Proposition of Law No. I only.

CUPP, J., would accept the appeal but not hold the cause.

PFEIFER, J., dissents.